UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN MARIE MOGENHAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, | * | |
| | * | |
| | * | |
| | * | |
| Defendant, | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND REQUEST FOR JURY TRIAL

### Preliminary Statement

This is an action by Plaintiff Ann Marie Mogenhan ("Mogenhan," "Plaintiff") to redress actions taken individually and collectively by Defendant, Department of Homeland Security, ("Defendant") based on the Freedom of Information Act ("FOIA"), *5 U.S.C. § 552 et seq. (2000)*

### Jurisdiction and Venue

1. This action arises under the Freedom of Information Act ("FOIA"), *5 U.S.C. § 552 et seq. (2000),* which requires that agencies of the Untied States Federal government comply with FOIA requests in good faith and in a timely manner.

2. Jurisdiction is proper here, as this case involves the violation of a Federal statutory law.

3. Venue is proper for this District Court, as the Defendant is based in Washington, DC and the Defendant responded to Plaintiff's FOIA requests from Washington, DC.

-1-

4. Plaintiff is an adult, federal employee, residing in Gaithersburg, Maryland.

5. The Department of Homeland Security is an agency of the United States of America.

6. At all times herein mentioned, Plaintiff was employed with the United States Secret Service.

7. That the United States Secret Service is a department of the Department of Homeland Security.

8. That at all times herein mentioned, Plaintiff was employed with the Secret Service.

9. In June of 2004, Plaintiff, through counsel requested her employment file in a FOIA request (see exhibit #1) annexed hereto.

10. Defendant at no time objected to this request.

11. Defendant responded to the request on September 2, 2004 indicating that it would comply with the request upon Plaintiff's payment of $541.00 (see exhibit "2").

12. Plaintiff paid the $541.00 as requested by Defendant (See exhibit "3").

13. On February 14, 2006, Plaintiff followed up her request for the requested documents (see exhibit "4").

14. On March 14, 2006, Defendant indicated that eh file was assigned to a processor for review. (see exhibit "5").

15. On March 14, 2006, Defendant indicated that the responsive documents would be processed in accordance with the FOIA request.

16. On or about August 1, 2006, Plaintiff again submitted a follow up FOIA request to Defendant (exhibit "6").

17. On August 21, 2006, Defendant acknowledged receipt of the check of $541.30 for the documents in the file and stated that the process would be expeditiously processed (exhibit "7").

18. Defendant had never challenged the legitimacy of these requests.

19. Defendant has indicated a willingness to comply with the requests.

20. The Freedom of Information Act requires agencies to comply with requests to make their records available to the public, unless the requested records fit within one or more of nine categories of exempt material. *5 U.S.C. § 552*(a),

21. Defendant has conducted a reasonable, adequate and good faith search, as demonstrated by its affidavits, and has released all nonexempt material, it has properly discharged its obligation under FOIA."

22. Any person making a request to any agency for records . . . shall be deemed to have exhausted his administrative remedies with respect to such request if the agency fails to comply with the applicable time limit provisions." FOIA, 5 U.S.C. § 552(a)(6)(C)(I).

23. As per 5 U.S.C. § 552(a)(6)(C)(I), absent an extension, an agency must respond to a FOIA request within 20 days from the date the agency receives the request. 5 U.S.C. § 552(a)(6)(A)(I).

24. Plaintiff has provided Defendant the proper opportunity to provide the necessary records.

25. Defendant has failed to provide these records in accordance with the law.

WHEREFORE, PLAINTIFF PRAYS that he be awarded the following relief:

a) A declaratory judgment that the Defendant complies with the FOIA request immediately.

b) Costs and Attorney fees for the failure to comply with the FOIA request.

c) Such other and further relief as the Court may deem just.

                                                          _____/s/_____  
                                                          Morris E. Fischer, Esq.  
                                                          MD Bar No: 26286  
                                                          Air Rights Center  
                                                          4550 Montgomery Avenue  
                                                          Suite 601N  
                                                          Bethesda, MD 20814  
                                                          (301) 469-3498 phone  
                                                          (301) 469-3499 fax

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS *Department of Homeland Security* |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *Montgomery* (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) *Morris E. Fischer, LLC 4550 Montgomery Ave., Ste. 601N Bethesda, MD 20814 (301) 469-3498* | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Failure to provide FOIA Request

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  **DEMAND $** 25,000.00  Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES  ☒ NO  If yes, please complete related case form.

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _M. E. Fischer, Esq_

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

June 11, 2004

United States Secret Service
Freedom of Information and Privacy Acts Branch
245 Murray Drive,
Building 410
Washington, DC 20223

Re: Ann Marie Mogenhan

To Whom It May Concern:

Morris E. Fischer, Esq. of Snider & Fischer, LLC, hereby requests the following information regarding the investigative file of Ann Marie Mogenhan, SSN # ▌▌▌▌ ▌▌▌▌ Please see the enclosed notarized authorization from Ms. Mogenhan.

1) Is there an investigative file on Ann Marie Mogenhan, SSN ▌▌▌▌
2) If there is an investigative file on Ms. Mogenhan, is it active or closed.
3) If the investigative file on Ms. Mogenhan is closed, on what date was it closed.

If you have any questions, please feel free to call our office.

Sincerely,

Morris E. Fischer, Esq.

AT/sm
Enclosures



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223


received
9-7-04

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Law Offices of Snider & Fischer, LLC　　　　　　　　SEP  2  2004
104 Church Lane, Suite 201
Baltimore, MD 21208
Attn: Morris E. Fischer, Esq.

File Number:  20040391

Dear Requester:

Reference is made to your Freedom of Information and/or Privacy Act request which was originally submitted to the United States Secret Service on June 23, 2004, pertaining to Ann Marie Mogenhan.

Please be advised, the approximate cost of charges that will be incurred during the processing of this request is $541.30. Fees have been incurred at the following rate: for this file consisting of 5,513 pages, 100 pages of reproduction are free of charge. The remainder of the pages, consisting of 5,413 pages, are charged at $.10 per page.

Pursuant to the Department of Homeland Security regulations 5.11 (i)(2), when costs are estimated to exceed $250.00, the Secret Service may require the requester to make an advance payment of the estimated fees prior to processing the request.

In order for this office to proceed with the processing of your request, please notify this office in writing of your interest in pursuing this request. In your response, please include a check or money order in the amount of $541.30 made payable to the U. S. Treasury, directed to the Freedom of Information and Privacy Acts Branch, U. S. Secret Service, 245 Murray Drive, Building 410, Washington, D.C. 20223.

This is not a denial of your request. Upon receipt of the requested information, this office will move forward with the processing of your request. You will then be advised as to the status of your request.

Please use the file numbers indicated above in all future correspondence with this office. Failure to respond within 60 days of the above date will result in the administrative closure of your files.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

February 2, 2005

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

      Re: File Number 20040391

To Whom It May Concern:

 Our client, Ann Mogenhan, desires to obtain her file from your office. We were advised that the costs were $541.30.

 Please find enclosed a check for $541.30.

Sincerely,

Morris E. Fischer, Esq.

**MORRIS E. FISCHER**
COUNSELOR OF LAW
AIR RIGHTS CENTER
4550 MONTGROMERY AVENUE
SUITE 601N
BETHESDA, MD 20814
(301) 469-3498 PHONE
(301) 469-3499 FAX

February 14, 2006

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

Re: File No: 20040391

To Whom It May Concern:

My client Ann Mogenhan, requested her file from your office (see prior correspondence). We had sent a check for $541.30 and I have not heard from your office since.

Please be advised of the address of my new office:

Morris E. Fischer, Esq.
Air Rights Center, North Tower
4550 Montgomery Avenue, Ste. 601N
Bethesda, MD 20814

(301) 469-3498 phone
(301) 469-3499 fax

Sincerely,

*[signature]*
Morris E. Fischer, Esq.

February 2, 2005

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

                      Re: File Number 20040391

To Whom It May Concern:

     Our client, Ann Mogenhan, desires to obtain her file from your office. We were advised that the costs were $541.30.

     Please find enclosed a check for $541.30.


Sincerely,


Morris E. Fischer, Esq.



# DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES SECRET SERVICE
### WASHINGTON, D.C. 20223



received
9-7-04

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Law Offices of Snider & Fischer, LLC        SEP   2 2004
104 Church Lane, Suite 201
Baltimore, MD 21208
Attn: Morris E. Fischer, Esq.

File Number: 20040391

Dear Requester:

Reference is made to your Freedom of Information and/or Privacy Act request which was originally submitted to the United States Secret Service on June 23, 2004, pertaining to Ann Marie Mogenhan.

Please be advised, the approximate cost of charges that will be incurred during the processing of this request is $541.30. Fees have been incurred at the following rate: for this file consisting of 5,513 pages, 100 pages of reproduction are free of charge. The remainder of the pages, consisting of 5,413 pages, are charged at $.10 per page.

Pursuant to the Department of Homeland Security regulations 5.11 (i)(2), when costs are estimated to exceed $250.00, the Secret Service may require the requester to make an advance payment of the estimated fees prior to processing the request.

In order for this office to proceed with the processing of your request, please notify this office in writing of your interest in pursuing this request. In your response, please include a check or money order in the amount of $541.30 made payable to the U.S. Treasury, directed to the Freedom of Information and Privacy Acts Branch, U. S. Secret Service, 245 Murray Drive, Building 410, Washington, D.C. 20223.

This is not a denial of your request. Upon receipt of the requested information, this office will move forward with the processing of your request. You will then be advised as to the status of your request.

Please use the file numbers indicated above in all future correspondence with this office. Failure to respond within 60 days of the above date will result in the administrative closure of your files.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

MAR 14 2006

Morris E. Fischer, Esq.
Counselor of Law
Air Rights Center, North Tower
4550 Montgomery Avenue, Suite 601N
Bethesda, MD 20814

File Number: 20040391

Dear Requester:

Reference is made regarding the status of your Freedom of Information and/or Privacy Acts received on February 28, 2006, for information pertaining to Ann Marie Mogenhan.

Your file has been assigned to a processor for review. Upon completion of the review, the responsive documents will be processed in accordance with the Freedom of Information Act, Title 5 U.S. Code, Section 552, and/or Privacy Act, Title 5, U.S. Code 552a, and mailed to you at the earliest possible date.

Please be assured that your request pertaining to information on yourself is being handled as equitably as possible.

Use the file number indicated above in all future correspondence with this office.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

# MORRIS E. FISCHER
COUNSELOR OF LAW
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE
SUITE 601N
BETHESDA, MD 20814
(301) 469-3498 PHONE
(301) 469-3499 FAX

MORRIS E. FISCHER (MD, DC, NY)
PAUL PLOTSKER   (NY)
BRYON SZOJCHET (OF COUNSEL, MD)
───────────────
PATRICK HUGHES

August 1, 2006

Department of Homeland Security
United States Secret Service
Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

Re: File No: 20040391

To Whom It May Concern:

    We have requested the file for our client Ann Mogenhan, from your office on multiple occasions. We submitted a check on her behalf for $541.00 covering the expenses for said request. To date, we have not heard from your office with respect to the timing of such delivery of this file and three and a half months have passed since your March 14, 2006 letter advising that this request was being handled as equitable as possible.

    As you are aware, 5 U.S.C.S. § 522 (a) requires the agency to provide the requested documents in an efficient manner. We have waited nearly several years for these documents (since June 23, 2004) and we have heard nothing from your office indicating that the agency is taking this request seriously.

    The Freedom of Information Act ("FOIA") commands that a federal agency "promptly" make records available upon a request which "reasonably describes such records and . . . is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed." *5 U.S.C. §552* (a)(3). FOIA requires agencies to provide assurance that a sufficient search has been made "reasonably calculated to

uncover all relevant documents." *Truitt v. Dep't of State, 283 U.S. App. D.C. 86, 897 F.2d 540, 542 (D.C. Cir. 1990); see also Founding Church of Scientology v. NSA, 197 U.S. App. D.C. 305, 610 F.2d 824, 837 (D.C. Cir. 1979).*

Since my client has fulfilled her obligation to exhaust all administrative remedies for this action and no statutory exemption applies to her request and this agency has already waived such exceptions if one were to apply, *Pollack v. Department of Justi,e, (4th Cir. 1995)*, we are providing you with one final good faith opportunity to send these records to my office by August 10, 2006, otherwise, we will bring action in the Federal District Court.

Sincerely,

*[signature]*

Morris E. Fischer, Esq.



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Morris E. Fischer, Esq.
Counselor of Law
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814

AUG 2 1 2006

File Number: 20050106

Dear Requester:

Reference is made to your recent Freedom of Information and/or Privacy Act correspondence received by the United States Secret Service on August 11, 2006, regarding the status of File No. 20040391, which pertains to information on your client, Ann Mogenhan.

Please be advised that File No. 20040391 was closed due to your failure to respond within a 60 day time period for payment of responsive documents.

Upon receipt of a check for $541.30, your case was reopened under File No. 20050106. Please use this file number in all future correspondence with this office.

Due to the increasing number of Freedom of Information and Privacy Acts requests received by this office, we have encountered some delays in processing your request. However, your request has been assigned to a processor who is processing your request as expeditiously as possible. Please note that requests are processed in chronological order based on the date we were in receipt of a perfected request.

Upon completion of the processing, all documents that can be released will be made available to you at the earliest possible date. Your continued patience is appreciated.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer