UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN MARIE MOGENHAN, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 1:06-cv-02045 |
| | * | |
| DEPARTMENT OF | * | |
| HOMELAND SECURITY, | * | |
| | * | |
| Defendant, | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

On December 4, 2006, undersigned counsel served Plaintiff's Motion for Summary Judgment upon:

Department of Homeland Security
Office of General Counsel
Washington, DC 20528

Via Certified Mail.

_____/s/_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax