UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN MARIE MOGENHAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DEPARTMENT OF HOMELAND SECURITY )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-2045 (EGS)<br>Electronic Case Filing |

### ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney **Rhonda C. Fields** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

RHONDA C. FIELDS
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4804
Washington, D.C. 20530
202-514-6970 /(202) 514-8780 (fax)