UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNE MARIE MOGENHAN,        )
                            )
       Plaintiff,            )
                            )   Civil Case No. 06-2045 (EGS)
v.                          )
                            )
DEPARTMENT OF HOMELAND SECURITY )
                            )
                            )
       Defendant.            )

**ANSWER**

Defendant respectfully submits this answer to plaintiff's complaint, using the same paragraph numeration; any allegations in plaintiff's complaint which are not expressly admitted herein are denied.

Preliminary Statement

This paragraph contains plaintiff's characterization of her action to which no answer is required.

Jurisdiction and Venue

1. This paragraph contains plaintiff's characterization of her action and conclusion of law, to which no answer is required.

2. Defendant admits that the Court has jurisdiction over this matter.

3. Defendant admits that venue in this District is proper.

4. Defendant admits that plaintiff is an adult, otherwise defendant does not have sufficient information to admit or deny the remainder of the paragraph.

5. Admit.

6. Deny.

7. Deny, and aver that the United States Secret Service is a component of the Department of Homeland Security.

8. Deny.

9. Deny, and further aver that defendant received a letter from plaintiff's attorney dated June 11, 2004, which speaks for itself.

10. Deny.

11. Deny and further aver that defendant responded to the June 11, 2004 letter by letter dated August 26, 2004. A letter dated September 2, 2004, was sent to plaintiff, which letter speaks for itself.

12. Deny, and further aver that plaintiff did not submit payment within 60 days of the September 2, letter.

13. Defendant admits that it received a letter dated February 14, 2006, which letter speaks for itself.

14. Admit.

15. Defendant admits that it issued a letter dated March 14, 2006, which letter speaks for itself.

16. Defendant admits that it received a letter August 1, 2006, which letter speaks for itself.

17. Defendant admits that it issued a letter dated August 21, 2006 which stated in part that "Upon receipt of a check for $514.30, your case was reopened under file No. 20050106,

18. Deny.

19. Defendant's representations to plaintiff are contained in its correspondence to plaintiff's attorney, which documents speak for themselves.

20. This paragraph contains plaintiff's conclusions of law, to which no response is required.

21. Defendant admits that it has conducted a reasonable, adequate and good faith search, that it will release all non-exempt responsive material, and that it has properly discharged its obligation under FOIA.

22-25. These paragraphs are plaintiff's conclusions of law and conclusionary statements, to which no response is required.

The final unnumbered paragraph beginning "Wherefore" is plaintiff's prayer for relief to which no response is required; to the extent a response is deemed to be required, defendant denies that plaintiff is entitled to any relief

        Respectfully submitted,

---

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

---

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

---

RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970