UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANN MARIE MOGENHAN,   *
                     *
Plaintiff,           *
                     *
v.                   *   Civil Action No. 1:06-cv-02045
                     *
DEPARTMENT OF        *
HOMELAND SECURITY,   *
                     *
                     *
Defendant,

*   *   *   *   *   *   *   *   *   *   *   *

### NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 4, 2006

Plaintiff herein files notice that it is withdrawing its motion for Summary Judgment, filed December 4, 2006. Plaintiff will be filing another Summary Judgment motion.

Respectfully submitted,

_____/s/_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax

-1-