UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANN MARIE MOGENHAN,  *
                    *
Plaintiff,          *
                    *
v.                  *   Civil Action No. 1:06-02045-EGS
                    *
DEPARTMENT OF       *
HOMELAND SECURITY,  *
                    *
                    *
Defendant,

*   *   *   *   *   *   *   *   *   *   *   *

**MOTION TO EXTEND TIME TO REPLY TO DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully moves this court to permit late filing of its reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment. Plaintiff received over a thousand pages of documents from Defendant on dated February 27, 2007 and March 7, 2007, which counsel believes are relevant to this case and counsel had little opportunity to review them prior to submitting this reply.

Counsel apologizes to the Court for not making this motion sooner. Defendant, having served these documents, will not be prejudiced in any way. Counsel, via email, sought consent from defense counsel; however, to date there has been no response.

Respectfully submitted,

_____/s/_____

-1-

Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANN MARIE MOGENHAN,    *
    *
Plaintiff,    *
    *
v.    *    Civil Action No. 1:06-02045-EGS
    *
DEPARTMENT OF    *
HOMELAND SECURITY,    *
    *
    *
Defendant,

*  *  *  *  *  *  *  *  *  *  *  *

## **ORDER**

Plaintiff's motion to permit filing of its reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment is herein GRANTED.

_____
U.S. District Court Judge