UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANN MARIE MOGENHAN,   *
                     *
Plaintiff,           *
                     *
v.                   *     Civil Action No. 1:06-02045-EGS
                     *
DEPARTMENT OF        *
HOMELAND SECURITY,   *
                     *
                     *
Defendant,

*   *   *   *   *   *   *   *   *   *   *   *

**MOTION TO EXTEND DATE TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully moves this court to extend Plaintiff's time to file opposition to Defendant's Motion for Summary Judgment up to and including April 5, 2007. Plaintiff's counsel has had some scheduling conflicts which necessitated this motion. Earlier today, counsel sought consent from Defense Counsel, but the undersigned has yet to receive communication from Defense Counsel.

Respectfully submitted,

_____/s/_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax

-1-

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN MARIE MOGENHAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:06-02045-EGS |
| | * |
| DEPARTMENT OF | * |
| HOMELAND SECURITY, | * |
| | * |
| | * |
| Defendant, | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

Plaintiff's motion to extend filing opposition to Defendant's Motion for Summary Judgment is herein GRANTED. Plaintiff shall have until April 5, 2007 to file opposition.

_____
U.S. District Court Judge