UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANN MARIE MOGENHAN,            *
                               *
Plaintiff,                     *
                               *
v.                             *    Civil Action No. 1:06-02045-EGS
                               *
DEPARTMENT OF                  *
HOMELAND SECURITY,             *
                               *
                               *
Defendant,

*    *    *    *    *    *    *    *    *    *    *    *

**MOTION TO EXTEND DATE TO FILE OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, respectfully moves this court to extend Plaintiff's time to file opposition to Defendant's Motion for Summary Judgment up to and including April 16, 2007. Plaintiff's counsel has some unusual technical difficulty in preparing this opposition. Unfortunately, due to the time when the undersigned realized that it would be unable to complete the opposition, it was too late to seek consent from defense counsel.

Principally, Plaintiff's counsel has read through the Defendant's motion and a number of the arguments have already been discussed in Plaintiff's Motion for Summary Judgment, Defendant's opposition and Plaintiff's reply. In fact, counsel had planned on relying on his previous arguments in his Summary Judgment Motion for a good part of this Motion's defense. However, the exhibits Defendant submitted with her motion, one of them over sixty pages, was new material that undersigned counsel had planned on reviewing and submitting opposition to same.

Today, undersigned counsel had some unusual problems: (1) downloading the material from Pacer; (2) Counsel's Adobe Acrobat malfunctioned; and (3) counsel's printer malfunctioned. As such, it became apparent that the undersigned would not be able to adequately complete this opposition in a responsible way. Even the email address used to file this motion is from Counsel's home email, rather than his office, due to the Adobe issue.

The undersigned asks for a week and a half to complete this. Same is necessary because, the undersigned has a family obligation this weekend for Passover observance which does not end until Tuesday, April 10, 2007. Furthermore, it may be necessary for counsel to arrange for his network administrator to fix the system for at least a week. As such, the undersigned, while apologizing to the Court for this late request, respectfully requests that he be given until Monday, April 16, 2007, to submit his opposition to this motion.

Respectfully submitted,

_____/s/_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANN MARIE MOGENHAN,     *
    *
Plaintiff,     *
    *
v.     *    Civil Action No. 1:06-02045-EGS
    *
DEPARTMENT OF     *
HOMELAND SECURITY,     *
    *
    *
Defendant,

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Plaintiff's motion to extend filing opposition to Defendant's Motion for Summary Judgment is herein GRANTED. Plaintiff shall have until April 16, 2007 to file opposition.

_____
U.S. District Court Judge