UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                    )
ANN MARIE MOGENHAN,                 )
                                    )
            Plaintiff,              )
                                    ) Civil Action No. 06-2045 (EGS)
            v.                      )
                                    )
DEPARTMENT OF HOMELAND SECURITY,    )
                                    )
            Defendant.              )
                                    )
```

**ORDER**

In accordance with the Memorandum Opinion issued this same day, it is by the Court hereby

**ORDERED** that plaintiff's Motion for Summary Judgment is **DENIED;** and it is

**FURTHER ORDERED** that defendant's Partial Motion for Summary Judgment is **GRANTED;** and it is

**FURTHER ORDERED** that the parties shall jointly file a status report and recommendation for further proceedings by no later than **JULY 27, 2007.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          July 10, 2007**