UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY )<br>)<br>)<br>   Defendant. ) | Civil Case No. 06-2045 (EGS) |

## STATUS REPORT

Pursuant to the Court's Order dated July 10, 2007, the defendant submits the following status report.

The following agencies to which the defendant, the Department of Homeland Security (DHS), referred documents for processing have reported their processing of the documents as follows:

**\*\* Executive Office for the United States Attorneys (EOUSA), United States Department of Justice**:  25 pages were released in full, 42 pages were released in part, 3 pages were withheld in full; a two page document was referred to the Federal Bureau of Investigation (FBI) for processing, and a two-page document was referred to the U.S. Marshals Service for processing.

The 42 pages released in part include not only those pages on which EOUSA redacted information, but also ones where USSS redacted information.  The EOUSA redacted information on document 1 (7 pages); the redacted information included the names of grand jury witnesses, communications of AUSAs which were deliberative process and attorney work product in anticipation of litigation, and names of third parties.  EOUSA also released in part 14 subpoenas

each containing a face page and the return. Only the names of third parties were redacted from the subpoenas by EOUSA. The 3 pages withheld in full by EOUSA were documents containing grand jury material.

 * **Federal Bureau of Investigation (FBI)** – awaiting response from the FBI.

 * **U.S. Marshals Service** – awaiting response from the Marshals Service.


* * **U.S. Department of Labor**:   Fourteen pages were received. The 14 pages included 9 pages of DOL-OIG documents and 5 pages of Secret Service records which contained DOL-OIG information. (These pages contained redactions by Secret Service bearing the notation "USSSB7C.") All 14 pages were released; 13 pages of these contained OIG redactions. The OIG redacted information was names of special agents and a private citizen (exemption 7(C)), deliberative communications between U.S. Attorneys and client agencies (exemption 5), and matters occurring before a grand jury (exemption 3 and Rule 6(e), F.R.Crim.P.).   No pages were withheld in full.


** **Department of Health and Human Services** (HHS): 46 pages were received. 31 pages were referred to the Social Security Administration. 7 pages were returned to DHS.  8 pages were released to Morris Fisher; the name of an HHS Special Agent was withheld from three of the released pages under the (b)(6) and (b)(7)(c) exemptions.

 * **DHS**: awaiting response from DHS concerning the 7 returned pages


** **Social Security Administration**:

a)  released with redactions the pages received directly from the Department of Homeland Security

b)  received 31 pages from the Department of Health and Human Services – SSA has released all of the documents that HHS referred.

**  **General Services Administration (GSA)**: One document of 11 pages forwarded to GSA was released in full to Morris E. Fisher.

## RECOMMENDATION

Defendant's counsel has attempted to contact plaintiff's counsel, but has been unable to consult with him concerning the status report. Defendant requests that it be allowed to report to the Court within 30 days the status of the remaining referred documents. Defendant further requests that the Court grant an extension of 30 days for the parties to submit a recommendation for further proceedings.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY )<br>)<br>)<br>_____Defendant._____) | Civil Case No. 06-2045 (EGS) |

ORDER

Upon consideration of the status report filed on July 27, 2007, it is hereby

ORDERED that the defendant shall file a further status report concerning documents referred by the defendant to other agencies on or before August 27, 2007, and it is further

ORDERED that the parties shall file a recommendation for further proceedings on or before August 27, 2007.

Date: _____
UNITED STATES DISTRICT JUDGE