UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 06-2045 (EGS) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant, | ) |

## STATUS REPORT

Pursuant to the Court's Order dated July 10, 2007, and July 31, 2007 the Plaintiff submits the following status report.

**Since the Court's denial of Plaintiff's Summary Judgment motion:** Plaintiff filed new FOIA requests with respect to the documents the Court ruled were additional to the original FOIA inquiry. Recently, the government responded to Plaintiff's counsel that it considered these new requests part of the current litigation. As such, Plaintiff's counsel suggested that the complaint be amended to reflect both parties' position that these new requests are part of the current litigation.

However, upon discussion with the U.S. Attorney for this case, Rhonda Fields, said counsel informed Plaintiff's counsel that she would consult with her client and that after such consultation, the government would abandon this position and consider these requests as new and wholly separate from this litigation and that they would be responded to in a timely manner.

Upon the government's honoring of the new requests, Plaintiff has agreed to discontinue this lawsuit.

Plaintiff's counsel spoke with and emailed defense counsel today in an attempt to jointly file this report. However, Defense counsel did not ultimately respond to the undersigned for the status report; and as such, the undersigned is filing this report unilaterally.

_____/s/_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax