UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 06-2045 (EGS) |
| v. ) | |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Pursuant to the Court's Order, the parties submit the following status report.

**DEFENDANT'S REPORT OF STATUS OF REQUEST IN COMPLAINT**

The following agencies to which the defendant, the Department of Homeland Security (DHS), referred documents for processing have reported their processing of the documents as follows:

**\*\* Executive Office for the United States Attorneys (EOUSA), United States Department of Justice**: 25 pages were released in full, 42 pages were released in part, 3 pages were withheld in full; a two page document was referred to the Federal Bureau of Investigation (FBI) for processing, and a two-page document was referred to the U.S. Marshals Service for processing.

The 42 pages released in part include not only those pages on which EOUSA redacted information, but also ones where USSS redacted information. The EOUSA redacted information on document 1 (7 pages); the redacted information included the names of grand jury witnesses, communications of AUSAs which were deliberative process and attorney work product in anticipation of litigation, and names of third parties. EOUSA also released in part 14 subpoenas

each containing a face page and the return. Only the names of third parties were redacted from the subpoenas by EOUSA. The 3 pages withheld in full by EOUSA were documents containing grand jury material.

 * **Federal Bureau of Investigation (FBI)** – The two pages were released in full.

 * **U.S. Marshals Service** –  2 pages of photos were released in full.


* * **U.S. Department of Labor** - OWPC:  15 documents were  received.  Two originated from OWPC . These two were released in full.  Thirteen documents (14 pages total)  were forwarded to DOLOIG .

 ***DOLOIG**  Fourteen pages were received.  The 14 pages included 9 pages of DOL-OIG documents and 5 pages of Secret Service records which contained DOL-OIG information. (These pages contained redactions by Secret Service bearing the notation "USSSB7C.")  All 14 pages were released; 13 pages of these contained OIG redactions. The OIG redacted information was names of special agents and a private citizen (exemption 7(C)), deliberative communications between U.S. Attorneys and client agencies (exemption 5), and matters occurring before a grand jury (exemption 3 and Rule 6(e), F.R.Crim.P.).   No pages were withheld in full.

** **Department of Health and Human Services** (HHS): 46 pages were received.  31 pages were referred to the Social Security Administration. 7 pages were returned to DHS.  8 pages were released to Morris Fisher; the name of an HHS Special Agent was withheld from three of the released pages under the (b)(6) and (b)(7)(c) exemptions.

 * **DHS**: the 7 returned pages were released by letter dated August 28, 2007 with (b)(6) and (b)(7)(c) privacy exemptions

    \* **Social Security Administration** : received 31 pages from the Department of Health and Human Services – SSA has released all of the documents that HHS referred.

\*\* **Social Security Administration**: released with redactions the pages received directly from the Department of Homeland Security

\*\* **General Services Administration (GSA)**: One document of 11 pages forwarded to GSA was released in full to Morris E. Fischer.

**PLAINTIFF'S REPORT**

    **Since the Court's denial of Plaintiff's Summary Judgment motion**, Plaintiff filed new FOIA requests with respect to the documents the Court ruled were additional to the original FOIA inquiry. Recently, the government responded to Plaintiff's counsel that it considered these new requests part of the current litigation. As such, Plaintiff's counsel suggested that the complaint be amended to reflect both parties' position that these new requests are part of the current litigation.

    However, upon discussion with the U.S. Attorney for this case, Rhonda Fields, said counsel informed Plaintiff's counsel that she would consult with her client and that after such consultation, the government would abandon this position and consider these requests as new and wholly separate from this litigation and that they would be responded to in a timely manner.

    Upon the government's honoring of the new requests, Plaintiff has agreed to discontinue this lawsuit.

**DEFENDANT'S REPORT CONCERNING NEW FOIA REQUEST**

    Plaintiff advised that plaintiff had submitted new FOIA requests to the defendant. Plaintiff submitted copies of three documents.

    The first was a letter to the agency dated July 30, 2007 "re file # 20050 106" the letter requested "kindly provide the missing documents or a brief explanation as to the reasons for

deletions on each of the attached pages." Ex 01. The second letter was also dated July 30, 2007; it requested a listing of all agencies to which defendant had referred documents for further processing. Ex 02. By letter dated August 22, 2007, the agency advised plaintiff to contact its attorney in this matter concerning the two letters. Ex. 04. Defendant's position is that these two letters merely requested further information concerning the current litigation, and upon the agency's response should have been directed to counsel of record in this matter.

Plaintiff's third letter, also dated July 30, 2007, requested 15 categories of records pertaining to plaintiff. Ex 03. The agency sent plaintiff a letter dated September 5, 2007, advising that it was processing those requests as a new FOIA request under file numbers 20070438 -20070451. Ex 5.

## RECOMMENDATION

Defendant recommends that based on the forgoing, plaintiff advise within 15 days if it moves to dismiss the current complaint.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax