UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNE MARIE MOGENHAN, )
)
    Plaintiff, )
) Civil Case No. 06-2045 (EGS)
v. )
)
DEPARTMENT OF HOMELAND SECURITY )
)
)
    Defendant. )

ERRATA

Defendant respectfully submits exhibits 1-5 which counsel was unable to upload with its Status Report filing the evening of September 5, 2007, due to a problem with the PDF formatting.

Respectfully Submitted,


_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

# MORRIS E. FISCHER
COUNSELOR OF LAW
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE
SUITE 601N
BETHESDA, MD 20814
(301) 469-3498 PHONE
(301) 469-3499 FAX

July 30, 2007

Department of Homeland Security
United States Secret Service
Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

Attention: Kathy J. Lyerly

                Re: FOIA request, File No: 20050106

Dear Ms. Lyerly:

    As per my client's previous FOIA requests, the enclosed documents contained various references that such pages have been redacted so that certain information has been removed. Kindly provide the missing documents or a brief explanation as to the reasons for such deletions on each of the attached pages. Please consider this an additional request under the Freedom of Information Act.

Sincerely,

Morris E. Fischer, Esq.


EXHIBIT 01

# MORRIS E. FISCHER
COUNSELOR OF LAW
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE
SUITE 601N
BETHESDA, MD 20814
(301) 469-3498 PHONE
(301) 469-3499 FAX

July 30, 2007

Department of Homeland Security
United States Secret Service
Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

Attention: Kathy J. Lyerly

                Re: FOIA request, File No: 20050106

Dear Ms. Lyerly:

    With respect to you letter dated February 27, 2007, you state that the Secret Service determined that certain of the information contained in the inspection file orginiated with other federal agencies and as such that information was referred to the other federal agencies. As per the Freedom of Information Act, we request a listing of all such agencies.

Sincerely,

Morris E. Fischer, Esq.



EXHIBIT 02

# MORRIS E. FISCHER
COUNSELOR OF LAW
AIR RIGHTS CENTER
4550 MONTGOMERY AVENUE
SUITE 601N
BETHESDA, MD 20814
(301) 469-3498 PHONE
(301) 469-3499 FAX

July 30, 2007

Department of Homeland Security
United States Secret Service
Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, DC 20223

                Re: FOIA request

To Whom It May Concern:

    Ms. Ann Marie Mogenhan was a former employee of the United States Secret Service. She began her employment approximately, September 23, 1990 and continued her employment for a number of years at this agency. She requests the following records as per the Freedom of Information Act, involving herself.

1) All personnel records and all inclusive sub records;
2) All medical records and all inclusive sub records;
3) All Workers' Compensation Records and all inclusive sub records;
4) All drug sample records and all inclusive sub records;
5) All security clearance records;
6) All OIG Records and all inclusive sub records;
7) All correspondence records and all inclusive sub records;
8) All congressional and White House correspondence and all inclusive sub records;
9) All computer records and all inclusive sub records;
10) All telephone records and all inclusive sub records;
11) All financial records and all inclusive sub records;
12) All Inter-agency/intra-agency records and all inclusive sub records;
13) All criminal records and all inclusive sub records;
14) All Internal grievance records and all inclusive sub records; and

EXHIBIT 03

        15) All ombudsman records and all inclusive sub records

These records' requests are limited to the records involving or pertaining to Ms. Ann Marie Mogenhan. Our client is willing to pay fees for this request. Please submit an estimate for these records. Also, kindly advise as to whether your agency objects to any of these demands within 20 days.

Sincerely,


Morris E. Fischer, Esq.



U.S. Department of Homeland Security
# UNITED STATES SECRET SERVICE

August 22, 2007

Morris E. Fischer
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814

Dear Mr. Fisher:

Reference is made to your two letters dated July 30, 2007, in which you seek information regarding Freedom of Information Act (FOIA) File No. 20050106. This file is the subject of pending litigation in the United States District Court in the District of Columbia. Please direct any correspondence regarding this file to Assistant United States Attorney Rhonda Fields.

Sincerely,

Craig Ulmer
Special Agent in Charge,
Liaison Division, Office of Government and
Public Affairs and Freedom of Information
and Privacy Acts Officer, United States
Secret Service

EXHIBIT
04



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
Communications Center
245 Murray Lane, S.W.
Building T-5
Washington, D.C. 20223

SEP  5 2007

Morris E. Fisher
Counselor of Law
Air Rights Center
4550 Montgomery Avenue, Suite 601N
Bethesda, MD 20814

File Numbers: 20070438 - 20070451

Dear Requester:

This letter is intended to acknowledge the receipt of your recent Freedom of Information/Privacy Acts requests received by the United States Secret Service on August 9, 2007, for information on Ann Marie Mogenhan pertaining to the following:

File no. 20070438: all personnel records and all inclusive sub records and all workers' compensation records and all inclusive sub records;
File no. 20070439: all medical records and all inclusive sub records;
File no. 20070440: all drug sample records and all inclusive sub records;
File no. 20070441: all security clearance records;
File no. 20070442: all OIG records and all inclusive sub records;
File no. 20070443: all correspondence records and all inclusive sub records;
File no. 20070444: all congressional and White House correspondence and all inclusive sub records;
File no. 20070445: all computer records and all inclusive sub records;
File no. 20070446: all telephone records and all inclusive sub records;
File no. 20070447: all financial records and all inclusive sub records;
File no. 20070448: all Inter-agency/intra-agency records and all inclusive sub records;
File no. 20070449: all criminal records and all inclusive sub records;
File no. 20070450: all internal grievance records and all inclusive sub records;
File no. 20070451: all ombudsman records and all inclusive sub records.

A search for files responsive to your requests is being conducted. When the results of the search are known, you will be notified.

EXHIBIT
05

We solicit your cooperation and assure you that the search will be conducted as expeditiously as possible. Requests are processed in chronological order based on the date we were in receipt of a perfected request.

Please use the file numbers indicated above in all future correspondence with this office.

Sincerely,

Craig W. Ulmer
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer