UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 06-2045 (EGS) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant, | ) |

**PLAINTIFF'S MOTION FOR CONTINUANCE TO
STATUS REPORT TO BE FILED BY SEPTEMBER 28, 2007**

Motion by Plaintiff, by undersigned counsel, for Extension of Time to submit the Status Report in this case, due September 28, 2007 in this case. A memorandum of points and authorities in support of this motion is attached.

Respectfully Submitted,

_____/s/_____
Morris E. Fischer, Esq.
MD: Bar No. 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601 N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 06-2045 (EGS) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant, | ) |

**PLAINTIFF'S STAMENT OF POINTS AND AUTHORITIES**

Undersigned counsel requests this extension because there are certain decisions in which professional responsibility requirements dictate my client's involvement. Undersigned counsel has been unable to reach his client for about a week and this was not anticipated. Counsel has a vacation (due to a religious obligation) planned for September 27, 2007- October 8, 2007. As such, counsel requests a two week extension to submit the status report. Defense Counsel, Rhonda Fields, consented to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this two week extension.

_____/s/_____
Morris E. Fischer, Esq.
MD Bar No: 26286
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301) 469-3498 phone
(301) 469-3499 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 06-2045 (EGS) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant, | ) |

**<u>ORDER</u>**

Plaintiff's motion is herein GRANTED. The status report shall be submitted by October 12, 2007.

_____
U.S. District Court Judge