UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE MARIE MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 06-2045 (EGS) |
| v. | ) |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| | ) |
| Defendant, | ) |

## STATUS REPORT

Pursuant to the Court's previous Order the Plaintiff submits the following status report.

There are only two possible issues remaining between the parties which presently may prevent the voluntary dismissal of this action. Counsel for Defendant, Rhonda Fields, Esq. has agreed to look into with her client with the aim of achieving final resolution in this case.

On August 1st, the Federal Bureau of Investigation, forwarded a response to that which is believed to be the original FOIA request, listing various exemptions to the FOIA request. Within the time limits of appeal the FBI provided, Plaintiff appealed on September 19, 2007. To date, there has been no response to such appeal. Consequently, this issue could pertain to this litigation, if not resolved. Second, on September 5, 2007, in response to Plaintiff's new request; although not part of this lawsuit, undersigned counsel wants to assure itself that there was no additional correspondence sent or that will be sent related in any way to the current litigation.

It is anticipated that both of these issues will be resolved within 30 days of today and counsel will submit a follow-up status report or a dismissal.

                                            _____/s/_____
                                            Morris E. Fischer, Esq.
                                            MD Bar No: 26286
                                            Air Rights Center
                                            4550 Montgomery Avenue
                                            Suite 601N
                                            Bethesda, MD 20814
                                            (301) 469-3498 phone
                                            (301) 469-3499 fax