UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANN MARIE MOGENHAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:06-02045-EGS |
| | * | |
| DEPARTMENT OF HOMELAND SECURITY, | * | |
| | * | |
| | * | |
| | * | |
| Defendant, | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this matter hereby stipulate and agree to dismiss the captioned matter with prejudice.  Each party will bear its own costs.


Respectfully submitted,

_____/s/_____          _____/s/_____
MORRIS E. FISCHER, Esq.            JEFFREY A. TAYLOR, D.C. Bar# 498610
MD Bar No: 26286                   United States Attorney
Air Rights Center
4550 Montgomery Avenue
Suite 601N
Bethesda, MD 20814
(301)469-3498 phone
(301)469-3499 fax                  _____/s/_____

                                   RUDOLPH  CONTRERAS, D.C. Bar #  434122
                                   Assistant United States Attorney

                                   _____/s/_____
                                   RHONDA C. FIELDS
                                   Assistant United States Attorney
                                   Civil Division
                                   555 Fourth Street, N.W.
                                   Washington, D.C.  20530

        202/514/6970
        Counsel for Defendant